FREDDIE HILL, Plaintiff-Appellant, *v.* THE CHICAGO HOUSING AUTHORITY, Defendant-Appellee.

(No. 57985;

First District (3rd Division)—January 10, 1974.

*Rehearing denied March 1, 1974.*

PER CURIAM.

MEJDA, J., took no part.

Joseph A. Rosin, of Chicago, for appellant.

Canel & Canel, of Chicago, for appellee.